**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: Tricia Ann Routt | : | Case No: 23-52781 |
| Debtor(s) | : | Chapter 13 Judge: Mina Nami Khorrami |
| | : | 341 Hrg: 9/20/2023 |

### CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION

 Now comes Edward A. Bailey, Standing Chapter 13 Trustee, and objects to the confirmation of the plan and requests that the Court enter an Order denying confirmation for the reasons set forth below and dismissing the case, pursuant to 11 U.S.C. §1307. This objection supersedes any prior objection filed in this case by the Trustee.

 Above median income_____     Below median income_____

  __X__ **11 U.S.C. §1325(a)(1)**-Plan does not comply with all provisions of Chapter 13 of Title 11 and the other applicable provisions of Title 11:

    __X__ Other: **Debtor appeared at 341 hrg; however, hrg not held as plan has not been served on all creditors.**

    __X__ **11 U.S.C. Section 1326 (a)(1)**-Debtor has failed to tender the full first plan payment within 30 days of the filing of the plan or the order for relief, whichever is earlier. **Need 1st pymt = $500**

 Therefore, the Trustee prays that confirmation is denied and this case be dismissed for cause pursuant to §1307(c).

## TERMS OF THE PLAN:

**Plan Payments: $500 mo (Plan pymts are unclear as plan provides for $500 mo - 60 mos and $500 mo - 12 mos)**

**Best Interest Dividend: 2%**   **Dividend: 0%**

**Length: 0 Months**

Further, Trustee notes that:

  __X__ Debtor(s)' counsel to upload Wage Order.

Dated: September 21, 2023                              Respectfully submitted,

**/s/  Edward A. Bailey**
Edward A. Bailey (0068073)
Chapter 13 Trustee
550 Polaris Parkway, Suite 500
Westerville, OH 43082
Tel: (614)-436-6700
Fax: (614)-436-0190
Email: trustee@ch13.org

CERTIFICATE OF SERVICE

    The undersigned hereby certified that on the date shown below a copy of the Trustee's Objection to Confirmation was served electronically on the Office of the United States Trustee and Debtor's attorney, and on the Debtor(s) at the address as currently shown in the Trustee's records by regular first class mail, postage prepaid.

Dated: September 21, 2023        **/s/ Edward A. Bailey**
Edward A. Bailey (0068073)
Chapter 13 Trustee
550 Polaris Parkway, Suite 500
Westerville, OH 43082
Tel: (614)-436-6700
Fax: (614)-436-0190
Email: trustee@ch13.org