**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Mina Nami Khorrami
United States Bankruptcy Judge

**Dated: October 3, 2023**

___

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In Re: | : Case No: 23-52781 |
| TRICIA ANN ROUTT | : |
| | : |
| | : CHAPTER 13 |
| Debtor(s) | : Judge Mina Nami Khorrami |

## ORDER RESCHEDULING HEARING ON CONFIRMATION OF CHAPTER 13 PLAN

This matter is before the Court on the report of the Chapter 13 Trustee. The Chapter 13 plan as proposed by the Debtor(s) will not be in posture for confirmation on the scheduled confirmation hearing date. Accordingly, it is so **ORDERED** and notice is hereby given, that the hearing on confirmation of the Debtor(s)' Chapter 13 plan, and any objections thereto, is rescheduled to 11/28/2023 at 01:00 PM at U.S. Bankruptcy Court, Courtroom A, 170 North High Street, Columbus, OH 43215.

**IT IS SO ORDERED.**

Copies to: All Creditors and Parties in Interest