**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Mina Nami Khorrami
United States Bankruptcy Judge

**Dated: October 25, 2023**

___

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re:  TRICIA ANN ROUTT | : | Case No: 23-52781 |
| | : | |
| | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | Judge Mina Nami Khorrami |

## ORDER OF DISMISSAL (DOC. #18)

The matter before the Court is the Trustee's Motion to Dismiss (Doc. #18). The Court finds that the motion is meritorious, and it is granted. This Chapter 13 case is hereby dismissed pursuant to 11 U.S.C. §1307(c).

The Court retains jurisdiction pursuant to 11 U.S.C. §349 to consider administrative matters only, including the allowance of administrative fees and expenses, the disbursement of adequate protection payments pursuant to 11 U.S.C. §1326, and the closing of the case. Any applications for the allowance of administrative expenses, including attorneys and appraisal fees, must be filed within twenty-one (21) days of this date.

**IT IS SO ORDERED.**

Copies to: All Creditors and Parties in Interest