# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE:  Tricia Ann Routt
        10639 County Road 26
        West Mansfield, OH  43358

Case No: 23-52781

Chapter 13

Judge: Mina Nami Khorrami

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY

The Case was commenced on August 14, 2023.
The plan was not confirmed.
The Case was concluded on October 25, 2023.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have cleared the Trustee's Account. That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
NOTICE OF DISMISSAL PRIOR TO CONFIRMATION. THE SUBJECT CASE HAS BEEN DISMISSED.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors:        0.00

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 0.00%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| Atlas Acquisitions LLC 00021 Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| Community CU C/O BMC 00013 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Credit Care 00004 Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE 00032 Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE 00031 Priority (new) | 10,396.84 | 0.00 | 0.00 | 0.00 |
| J&S Isler c/o BMC 00010 Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC 00033 Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC 00034 Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC 00035 Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| Lattimers Siding c/o BMC 00017     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Levans C/O BMC 00011     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Lima Memorial Hospital 00005     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Logan County Treasurer 00001     Secured | Not filed | 0.00 | 0.00 | 0.00 |
| Matt Eufinger 00002     Secured | Not filed | 0.00 | 0.00 | 0.00 |
| MRHC/OBMC 00014     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Ohio Health Hospital 00006     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Parkfield C/0 BMC 00019     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| PFS Toledo 00024     Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| Professional Financial Services 00009     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Quantum3 Group LLC 00025     Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| Quantum3 Group LLC 00026     Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| Quantum3 Group LLC 00027     Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| Quantum3 Group LLC 00028     Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| Quantum3 Group LLC 00029     Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| Quantum3 Group LLC 00030     Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| Reineke Ford 00008     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Ryan J Frazier 00020     Lease | Not filed | 0.00 | 0.00 | 0.00 |
| SAC Finance 00003     Secured | 10,754.46 | 0.00 | 0.00 | 0.00 |
| Scoots Equip 00012     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Showplace c/o BMC 00015     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Showplace c/o BMC 00016     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| Stacie Montgomery Routt Francis 00007     Unsecured | Not filed | 0.00 | 0.00 | 0.00 |
| T Mobile/T Mobile USA Inc 00022     Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| Tricia Ann Routt 00000     Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| US Department of Education 00023     Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| Wrens C/0 BMC 00018　　Unsecured | Not filed | 0.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

|  | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 10,754.46 | 10,396.84 | 68,248.73 | 0.00 | 0.00 | 89,400.03 |
| PRIN PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INT PAID | 0.00 | 0.00 | 0.00 | 0.00 |  | 0.00 |
|  |  |  |  | TOTAL PAID: |  | 0.00 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY |  | ALLOWED | TOTAL PAID |
|---|---|---|---|
| Pro Se |  | 0.00 | 0.00 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 |

Dated: 11/01/2023

/s/ Edward A. Bailey
EDWARD A. BAILEY TRUSTEE
550 POLARIS PARKWAY
SUITE 500
WESTERVILLE, OH  43082-7045
(614)436-6700

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:  Tricia Ann Routt<br>10639 County Road 26<br>West Mansfield, OH  43358 | Case No: 23-52781<br><br>Chapter 13<br><br>Judge: Mina Nami Khorrami |

### CERTIFICATION AND OPPORTUNITY TO OBJECT

/s/ Edward A. Bailey
EDWARD A. BAILEY TRUSTEE
550 POLARIS PARKWAY
SUITE 500
WESTERVILLE, OH  43082-7045
(614)436-6700

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: Tricia Ann Routt  
    10639 County Road 26  
    West Mansfield, OH 43358

Case No: 23-52781

Chapter 13

Judge: Mina Nami Khorrami

## CERTIFICATE OF SERVICE

    I hereby certify that on November 01, 2023, a copy of the foregoing Certification of Final Payment and Case History was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Asst. U.S. Trustee  
Edward A. Bailey  
Pro Se

and on the following by **ordinary U.S. Mail** addressed to:

Tricia Ann Routt  
10639 County Road 26  
West Mansfield, OH 43358

**See Creditor Matrix**  
**All Creditors and Parties in Interest**

Asst US Trustee (Col)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH  432150000

Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ  076660000

Community CU C/O BMC
226 W Columbus
Bellefontaine, OH  433110000

Credit Care (Mary Rutan Hospital)
21 Hunter Pl. Ste. 1
PO Box 117
Bellefontaine, OH  433110000

Department of Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  191017346

IRS
po box 7704
San Francisco, CA  941207704

J&S Isler c/o BMC
226 W Columbus
Bellefon1aine, OH  433110000

Jefferson Capital Systems, LLC
PO Box 7999
St. Cloud, MN  563029617

Lattimers Siding c/o BMC
226 W Columbus
Bellefontaine, OH  433110000

Levans C/O BMC
226 W Columbus
Bellefontaine, OH  433110000

Lima Memorial Hospital
1003 Bellefonlaine Ave
Lima, OH  458040000

Logan County Treasurer
100 S Madriver Suite D
Bellefontaine, OH  433110000

MRHC/OBMC
226 W Columbus
Bellefontaine, OH  433110000

Mary Rutan Hospital
205 Palmer Ave
Bellefontaine, OH  433110000

Matt Eufinger
226 W Columbus
Bellefontaine, OH  433110000

Ohio Health Hospital
3535 Olentangy River Road
West Mansfield, OH  432140000

PFS Toledo
c/o Sottile and Barile, LLC
Attn: Collections Department
7530 Lucerne Drive, Suite 210
Middleburg Heights, OH  441300000

Parkfield C/0 BMC
226 W Columbus
Bellefontaine, OH  433110000

Professional Financial Services
319 Vann Dr
Jackson, TN  383050000

Quantum3 Group LLC as agent for
CASCADE CAPITAL FUNDING LLC
PO Box 788
Kirkland, WA  980830788

Quantum3 Group LLC as agent for
CF Medical LLC
PO Box 788
Kirkland, WA  980830788

Reineke Ford
109 N Union St
Lima Ohio, OH  458010000

Ryan J Frazier
10639 County Road 26
west Mansfield, OH  433580000

SAC Finance
906 E Columbus
Kenton, OH  433260000

Scoots Equip
226 w Columbus
Bellefontaine, OH  433110000

Showplace c/o BMC
226 W Columbus
Bellefontaine, OH  433110000

Stacie Montgomery Routt Francis
175 Keller Street
Kenton Ohio, OH  433260000

T MobileTMobile USA Inc
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK  731180000

US Department of Education
PO BOX 16448
Saint Paul, MN  551160448

Wrens C/0 BMC
226 W Columbus St
Bellefontaine, OH  433110000

Edward A. Bailey
Edward A. Bailey - Chapter 13 Trustee
550 Polaris Parkway
Ste 500
Westerville, OH  430820000

Tricia Ann Routt
10639 County Road 26
West Mansfield, OH  433580000